IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: ) <br> 17 ELECTRONIC ACCOUNTS LOCATED AT ) <br> GOOGLE LLC; ) <br> ) <br> 18 ELECTRONIC ACCOUNTS LOCATED AT ) <br> YAHOO INC; ) <br> ) <br> 2 ELECTRONIC ACCOUNTS LOCATED AT ) <br> IONOS INC; ) | Case No. 24-mj-08144-TJJ <br><br><br> Case No. 24-mj-08145-TJJ <br><br><br> Case No. 24-mj-08146-ADM |

## ORDER

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the Seizure Warrants filed in on July 24, 2024, be unsealed.

_____
HONORABLE RACHEL E. SCHWARTZ
UNITED STATES MAGISTRATE JUDGE